IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN ALLEN WOOD,

    Petitioner,                    No. CIV S-01-1558 DFL EFB P

    vs.

DERRAL G. ADAMS, et al.,

    Respondents.               <u>ORDER</u>

                            /

      Petitioner filed this petition for a writ of habeas corpus on August 13, 2001. Dckt. No. 1. On July 26, 2005, the presiding district judge denied the petition. Dckt. No. 24. Judgment was entered accordingly. Dckt. No. 25. Notwithstanding that judgment closing this case, petitioner has recently filed two letters with the court, on July 19, 2010 and October 18, 2010. Dckt. Nos. 26, 28.

      The court issues this order to inform petitioner that the above-captioned case is closed and that the court will issue no response to future filings by petitioner in this action not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

Dated: November 2, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE